UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATHANIEL BASOLA SOBAYO, | |
|---|---|
| Plaintiff, | Case No. 16-cv-04798-PJH |
| v. | |
| CALIBER HOME LOANS, INC., et al., | **ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| Defendants. | |
| | Re: Dkt. No. 31 |

Before the court is plaintiff's motion for a temporary restraining order and preliminary injunction seeking to prevent a foreclosure sale scheduled for September 13, 2016. Dkt. 31. Earlier today, the court ordered a response from defendants and set a hearing on the matter for Monday, September 12.

Defendants Caliber Home Loans, Inc. and Summit Management Company LLC has responded to the motion. Dkt. 37. The response indicates that the subject foreclosure sale has been continued until October 14, 2016, and that "Caliber will hereafter cause Summit to postpone the foreclosure sale in thirty-day increments, until at least such time as this Court holds a hearing on Plaintiff's motion for a preliminary injunction." Id. at 1; Decl. of Russ Fukano ¶ 4. In light of defendants' sworn statement, the court will DENY the motion for a temporary restraining order. There is currently no exigency because defendants will postpone the sale until the matter can be heard on a reasonable schedule. The hearing set for Monday, September 12 is therefore VACATED.

///

The court sets a briefing schedule for plaintiff's motion for a preliminary injunction as follows:

- Defendants shall file a response by **Thursday, September 22**.
- Plaintiff shall file a reply brief by **Thursday, September 29**.
- The court will hear oral argument on the matter on **Wednesday, October 26, 2016** at 9:00 a.m. in Courtroom 3, 1301 Clay Street, 3rd Floor, Oakland, California, along with defendant Real Time Resolutions' pending motions to dismiss and vacate default.

**IT IS SO ORDERED.**

Dated: September 9, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge