UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL BASOLA SOBAYO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-04798-PJH<br><br>**ORDER VACATING HEARING ON MOTIONS TO STRIKE PLEADINGS**<br><br>Re: Dkt. Nos. 61, 62 |

　　　　Before the court is pro se plaintiff Nathaniel Sobayo's motions to strike defendants' pleadings for lack of standing. Dkt. 61, 62. The motions purport to notice a hearing date of October 26. However, this fails to comply with Local Rule 7-2(a), which requires 35 days' advance notice. See Civ. L.R. 7-2(a). The noticed hearing date for these two motions is accordingly VACATED. The court will decide the motions to strike on the papers, without hearing. Should the court conclude that a hearing is necessary on plaintiff's motions to strike, it will set a date and notify the parties.

　　　　The court shall hear the other pending motions in this matter on October 26 as scheduled.

　　　　**IT IS SO ORDERED.**

Dated: October 3, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ PJH
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge