UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KINGSWAY CAPITAL PARTNERS, LLC,

Plaintiff,

v.

CALIBER HOME LOANS, INC., et al.,

Defendants.

Case No. 16-cv-04798-PJH

**ORDER DENYING AS MOOT MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

Re: Dkt. No. 91

Before the court is former plaintiff Nathaniel Basola Sobayo's motion to extend the deadline for plaintiff Kingsway Capital Partners, LLC ("Kingsway") to file an amended complaint. Dkt. 91. Subsequent to the filing of this motion, counsel for Kingsway entered an appearance on the docket and filed an amended complaint on behalf of Kingsway on December 22. Dkt. 93, 96. Since the amended complaint has now been filed, the court DENIES the motion to extend time as MOOT.

Per the court's October 27, 2016 order, Sobayo was to obtain counsel for his LLC Kingsway and file an amended complaint by December 12. Dkt. 88. Although the amended complaint was therefore 10 days late, the court will permit the filing. Plaintiff is admonished, however, that the court will not be as lenient regarding court-ordered deadlines in the future. Moreover, plaintiff shall not make any further pro se filings in this case, now that Kingsway has secured representation. See Dkt. 94 (pro per reply brief). This court has already ruled that Sobayo lacks standing in this matter and that Kingsway may only appear through counsel.

Defendants shall file a response to the amended complaint by **January 17, 2017.**

**IT IS SO ORDERED.**

Dated: December 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge